Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRIYANKA PANKAJBHAI PATEL,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>　　　　　　　Respondents. | CASE NO. 20-cv-0468-RSM-BAT<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration on:<br>**July 8, 2020** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the voluntary dismissal of the above-captioned action with each party to bear their own fees or costs.  The parties also agree that the temporary stay of removal (Dkt. No. 3) be vacated.

//
//
//

STIPULATED ORDER FOR DISMISSAL
C20-0468-RSM-BAT - 1

Jennifer Lesmez
LAW OFFICES OF JENNIFER LESMEZ
P.O. BOX 1797
ALLYN, WA  98524
(509) 424-8697

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | DATED this 7th day of July, 2020. |
| 3 | |
| 4 | |
| 5 | */s/ Jennifer Lesmez* |
| | JENNIFER LESMEZ, WSBA #34547 |
| 6 | Law Offices of Jennifer Lesmez |
| | P.O. Box 1797 |
| 7 | Allyn, WA 98524 |
| 8 | Phone: 509-424-8697 |
| | Email:  jlesmez@aol.com |
| 9 | *Attorney for Petitioner* |
| 10 | |
| 11 | |
| 12 | |
| 13 | BRIAN T. MORAN |
| 14 | United States Attorney |
| 15 | /s/ Patricia D. Gugin |
| 16 | Patricia D. Gugin, WSBA # 43458 |
| | Assistant United States Attorney |
| 17 | United States Attorney's Office |
| 18 | 1201 Pacific Avenue, Suite 700 Tacoma, WA 98402 |
| 19 | Phone: 253-428-3832 |
| 20 | E-mail: pat.gugin@usdoj.gov |
| 21 | Attorneys for Federal Respondents |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATED ORDER FOR DISMISSAL
C20-0468-RSM-BAT - 2

Jennifer Lesmez
LAW OFFICES OF JENNIFER LESMEZ
P.O. BOX 1797
ALLYN, WA 98524
(509) 424-8697

# **ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED and the temporary stay of removal is VACATED. The case is dismissed.

SO ORDERED.

DATED this 8th day of July, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER FOR DISMISSAL
C20-0468-RSM-BAT - 3

Jennifer Lesmez
LAW OFFICES OF JENNIFER LESMEZ
P.O. BOX 1797
ALLYN, WA 98524
(509) 424-8697